**STATE of Missouri, Respondent,**

v.

**Andrew J. PEREZ, Appellant.**

**No. WD 43381.**

Missouri Court of Appeals, Western District.

May 7, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1991.

Application to Transfer Denied Sept. 10, 1991.

David S. Durbin, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from convictions, after jury trial, of two counts of assault in the first degree and two counts of armed criminal action.

Judgment affirmed. Rule 30.25(b).